cuit court he was tried by a jury, again convicted, and judgment was pronounced accordingly, from which this appeal is taken. The appeal is upon the record proper, there being no bill of exceptions. The record appears regular in all things, and, being free from error, the judgment of the circuit court will stand affirmed. Affirmed.

---

(96 South. 942)

SANFORD v. STATE. (6 Div. 119.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

SAMFORD, J. Affirmed.

---

(95 South. 926)

SCARBROUGH v. STATE. (3 Div. 440.) (Court of Appeals of Alabama. Jan. 9, 1923.) Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge.

SAMFORD, J. Affirmed.

MERRITT, J., not sitting.

---

(95 South. 926)

SEXTON v. STATE. (4 Div. 782.) (Court of Appeals of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge.

SAMFORD, J. Appeal dismissed.

---

(97 South. 924)

Bob SEXTON v. STATE. (4 Div. 805.) (Court of Appeals of Alabama. April 17, 1923. Rehearing Denied June 26, 1923.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge. Ira B. Thompson, of Luverne, and J. J. Mayfield, of Montgomery, for appellant. Harwell G. Davis, Atty. Gen., for the State.

FOSTER, J. Affirmed.

---

(98 South. 926)

Marvin SEXTON v. STATE. (6 Div. 391.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge.

FOSTER, J. Affirmed.

---

(95 South. 926)

SHAW v. STATE. (6 Div. 67.) (Court of Appeals of Alabama. Jan. 9, 1923.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

BRICKEN, P. J. Affirmed.

---

(98 South. 926)

Mike SHEPHERD v. STATE. (6 Div. 381.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

FOSTER, J. Appeal dismissed on motion of appellant.

---

(96 South. 942)

SHOEMAKER v. STATE. (6 Div. 201.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge.

SAMFORD, J. Affirmed.

---

(99 South. 926)

Arnold SHORT, alias, etc., v. STATE. (4 Div. 871.) (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge.

BRICKEN, P. J. This defendant and another were jointly indicted for killing one Joe Cook by shooting him with a pistol. The offense charged in the indictment was murder in the first degree. On the trial of this case this defendant was alone convicted of manslaughter in the first degree, and his punishment fixed by the jury at imprisonment in the penitentiary for two years. Monk Meyers, the codefendant, was acquitted by the verdict of the jury. From the judgment pronounced upon the verdict this defendant (Short) appeals. There is no bill of exceptions, the appeal being upon the record proper. The record has been examined and is free from error. The proceedings shown therein being regular in all things, the judgment appealed from is affirmed. Affirmed.

---

(99 South. 926)

George SIMMS v. STATE. (5 Div. 496.) (Court of Appeals of Alabama. April 22, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Manslaughter in the first degree.

FOSTER, J. Appeal dismissed.

---

(98 South. 926)

Otto SIMON v. STATE. (1 Div. 513.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(94 South. 927)

SMITH v. STATE. (1 Div. 462.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

SAMFORD, J. Appeal dismissed.

---

(94 South. 927)

SMITH v. STATE. (6 Div. 108.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Grant Smith was convicted of grand larceny, and he appeals. Affirmed. Prosch & Prosch, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. This appellant was convicted in the Bessemer division of the circuit court, of Jefferson county, Ala., for the offense of grand larceny, and was sentenced to an indeterminate term of imprisonment in the penitentiary for two to four years, and appeals.